

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-16-2009

# Nazario Burgos v. Mary Canino

Precedential or Non-Precedential: Non-Precedential

Docket No. 09-1043

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Nazario Burgos v. Mary Canino" (2009). *2009 Decisions.* Paper 1178.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1178

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 09-1043
_____

NAZARIO BURGOS,
Appellant

v.

MARY CANINO; MARSHALL, CORRECTION OFFICER;
DAY, LIEUTENANT; LEVI HOSBAND; TONY WOLFE; CUDDEBACK, CORRECTION
OFFICER; DAVID DIGUGLIELMO; CORRETTE, CORRECTION OFFICER; LIEUTENANT
DOYLE; LIEUTENANT SMITH; CORRECTION OFFICER CHO; CORRECTION OFFICER
BARRATA; SCOTT DAVIES

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 2-06-cv-02497)
District Judge:  Honorable Anita B. Brody

_____

Submitted for Possible Dismissal Pursuant to 28 U.S.C. § 1915(e)(2)(B)
or Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
June 4, 2009

Before:  SLOVITER, FUENTES AND JORDAN, Circuit Judges

ORDER AMENDING OPINION


       The opinion issued by this Court on June 15, 2009 has been amended.  On page two,
paragraph two the "period" after the word "Pennsylvania" is now a comma and the word
"Burgus" has been removed after the period.

       At the direction of the Court, it is hereby O R D E R E D that the Clerk shall file an
amended opinion.

For the Court,

Marcia M. Waldron, Clerk

Dated:  June 16, 2009